**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

ALEXANDRIA SERNA,

      Plaintiff,

v.

CIMARRON ENERGY, INC., a foreign corporation,

      Defendant.

---

**NOTICE OF REMOVAL – FEDERAL QUESTION JURISDICTION AND
DIVERSITY OF CITIZENSHIP JURISDICTION**

---

      Under 28 U.S.C. §§ 1331, 1332(a)(1), 1367(a), 1441(a), and 1446, Defendant Cimarron Energy, Inc., a foreign corporation (Cimarron), files this Notice of Removal – Federal Question Jurisdiction and Diversity of Citizenship Jurisdiction (Notice of Removal) regarding this case from the Weld County (Colorado) District Court to the United States District Court for the District of Colorado. In support of this Notice of Removal, Cimarron states as follows:

**CASE BACKGROUND AND FOUNDATION FOR REMOVAL**

      1.     Plaintiff is a resident of Weld County, State of Colorado.

      2.     Cimarron is a Delaware corporation with its headquarters in Houston, Texas.

      3.     On or about June 4, 2020, Plaintiff commenced an action in the Weld County (Colorado) District Court against Cimarron (State Court Action).

      4.     On June 9, 2020, Cimarron was served with the Summons and Complaint (Complaint).

      5.     Plaintiff seeks judgment against Cimarron for alleged violations of CADA, by which the undersigned presumes she refers generally to the Colorado Anti-Discrimination Act, C.R.S. § 24-34-401 *et seq.*; and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, as amended by 42 U.S.C. § 1981 (Title VII).

6. Based upon more than one year's backpay sought by Plaintiff, reinstatement, compensatory damages, attorney's fees, and other remedies she seeks against Cimarron, the amount in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs.

7. True and correct copies of the Summons, Complaint, and other pleadings or orders from the State Court Action are attached to and incorporated into this Notice as **Exhibit A.**

8. Under 28 U.S.C. § 1331, this Court has original jurisdiction over this matter based on Plaintiff's Title VII claim against Cimarron.

9. Venue of this removed action is proper in this Court because the State Court Action is pending in Colorado and a substantial part of the alleged events or omissions giving rise to the claims occurred in Colorado. 28 U.S.C. §§ 1391(b)(2), 1441(a).

10. Plaintiff served Cimarron with the Summons and Complaint on June 9, 2020. Therefore, filing of the Notice of Removal is within thirty days of service of the Summons and Complaint's service upon Defendant. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

## **OTHER ISSUES**

11. Under 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's CADA claim against Cimarron because it is so related to Plaintiff's Title VII claim that the two claims form part of the same case or controversy under Article III of the U.S. Constitution.

12. This Notice of Removal has been served on Plaintiff's counsel. A Notice of Filing of Notice of Removal to Federal Court – Federal Question Jurisdiction and Diversity Jurisdiction will be filed in Weld County District Court as soon as this Notice of Removal has been filed in this Court. A copy of the Notice of Filing of Notice of Removal to Federal Court – Federal Question Jurisdiction and Diversity Jurisdiction is attached to and incorporated into this Notice as **Exhibit B**.

13. Under D.C. Colo. L. Civ. R. 81.1, the undersigned counsel hereby certifies that there are no hearings that have been set before the Weld County District Court, from which this case is removed.

## CONCLUSION

Because this action seeks resolution of a claim filed under a federal statute, this Court has jurisdiction over Plaintiff's claims under 28 U.S.C. § 1331. Because there is complete diversity of citizenship between the Plaintiff, a Colorado resident, and Cimarron, a Delaware corporation, and the amount in controversy exceeds $75,000, this Court has jurisdiction over this action under 28 U.S.C. § 1332(a)(1). Therefore, because seeks resolution of a claim asserted Defendant is entitled therefore entitled to remove this case to this Court under 28 U.S.C. § 1441. Because this action seeks resolution of a CADA claim so related to Plaintiff's Title VII claim that the two claims form part of the same case or controversy under Article III of the U.S. Constitution, this Court has supplemental jurisdiction over it under 28 U.S.C. § 1367(a).

WHEREFORE, Cimarron respectfully requests that the action now pending before the Weld County (Colorado) District Court, Civil Action No. 2020CV30395, be removed to this Court.

Dated this 8th day of July 2020.

*s/ Christopher M. Leh*
*Christopher M. Leh*
Leh Law Group, LLC
8181 Arista Place, Suite 100
Broomfield, CO 80021
Telephone: 303.327.1415
Facsimile: 720.438.7104
E-mail: cleh@lehlawgroup.com

**ATTORNEYS FOR DEFENDANT CIMARRON ENERGY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, I electronically filed the foregoing **NOTICE OF REMOVAL – FEDERAL QUESTION JURISDICTION AND DIVERSITY OF CITIZENSHIP JURISDICTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

>Kelli Riley
>Riley Law, LLC
>4689 20th Street, Suite E
>Greeley, Colorado 80634
>kelli@rileylawllc.com

>>*s/ Tina Lyda*
>>Tina Lyda
>>Leh Law Group, LLC