IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02000-CMA-STV

ALEXANDRIA SERNA,
    Plaintiff,

v.

CIMARRON ENERGY, INC., a foreign
    corporation, Defendant.

---

**PARTIES' (1) NOTICE OF SETTLEMENT AND (2) <u>JOINT</u> MOTION TO VACATE FINAL PRETRIAL CONFERENCE, JURY TRIAL, AND RELATED DEADLINES**

---

Under D.C.COLO.LCivR 7.1(a) and 40.2(b); and CMA Civ. Practice Standard 16.6(a)(2), the undersigned counsel to Plaintiff AlexAndria Serna (Plaintiff) and Defendant Cimarron Energy, Inc. (Cimarron) hereby (1) <u>jointly</u> notify the Court that the Parties have reached agreement concerning all terms of settlement of all claims that Plaintiff has or could have asserted against Defendant and other related persons or entities by Plaintiff or on her behalf by third parties; and therefore (2) <u>jointly</u> move this Court to vacate the Final Pretrial Conference that is scheduled for May 11, 2022 at 3:00 p.m. [Doc 84], the five-day jury trial scheduled for May 23-27, 2022 [Doc 84], and all other trial-related deadlines in this case. In further support, the Parties state as follows:

    1.    Today, the Parties reached agreement as to the written terms by which they are resolving all claims or potential claims and are filing this notice (Notice) notifying this Court under D.C.COLO.LCivR 40.2(b).

2.      There are several Court proceedings that are now scheduled, including the Parties Final Pretrial Conference, which is scheduled for May 11, 2022, at 3:00 pm [Doc. 84], the five-day jury trial, which is scheduled for May 23-27, 2022, and other trial-related deadlines. In the meantime, the Parties respectfully move the Court to vacate these proceedings and deadlines.

3.      The Parties are now circulating their written settlement agreement for execution by the Parties. Based on the written terms of that agreement, they anticipate that they will be filing with the Court in this case a Joint Stipulated Motion to Dismiss with Prejudice under Fed. R. Civ. P. 41 on or before May 9, 2022.

4.      Under D.C.COLO.LCivR 7.1(a), the undersigned certify that they have conferred with one another, and that neither Party objects to the filing of this Notice or filing and granting of the Joint Motion.

5.      There will not be any prejudice to the Parties or the Court to the filing of this Notice and filing and granting of this Joint Motion.

WHEREFORE, the Parties respectfully and jointly notify the Court of settlement and request that the Court enter an Order (in the form attached) vacating the Final Pretrial Conference that is scheduled for May 11, 2022 at 9:30 [Doc. 84], the five-day jury trial scheduled for May 23-27, 2022 (Doc. 84], and all other trial-related deadlines, and establishing a deadline of May 9, 2022, in which they are to file with this

Court their Stipulated Motion to Dismiss.

Dated 2d day of May, 2022.

    Respectfully submitted,

/s/ Kelli Riley
Kelli Riley
Riley Law, LLC
4689 20th Street, Ste. E
Greeley, CO 80634
Telephone: (970) 515-5932
kelli@rileylawllc.com

**ATTORNEYS FOR PLAINTIFF ALEXANDRIA SERNA**

/s/ Christopher M. Leh
Christopher M. Leh
Leh Law Group, LLC
8181 Arista Place, Suite 100
Broomfield, CO 80021
Telephone: (303) 327-1415
cleh@lehlawgroup.com

**ATTORNEYS FOR DEFENDANT CIMARRON ENERGY, INC.**

## CERTIFICATE OF SERVICE

On May 2, 2022, I electronically submitted this **PARTIES' (1) NOTICE OF SETTLEMENT AND (2) JOINT MOTION TO VACATE FINAL PRETRIAL CONFERENCE, JURY TRIAL, AND RELATED DEADLINES** with the clerk of court for the U.S. District Court, District of Colorado, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal rule of Civil Procedure 5(b)(2), including to the following:

> Kelli Riley
> Tanya Fairweather
> Riley Law, LLC
> 4689 20th Street, Ste. E
> Greeley, CO 80634
> Telephone: (970) 515-5932
> kelli@rileylawllc.com

_____
Tina Lyda

4871-5780-8158, v. 1