**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02000-CMA-STV

ALEXANDRIA SERNA,

Plaintiff,

v.

CIMARRON ENERGY, INC., a foreign corporation,

Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

---

Under Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), D.C.COLO.LCivR 7.1(a), the parties, by their respective undersigned attorneys, hereby submit this Stipulation for Dismiss with Prejudice. Plaintiff and Defendant reached a settlement in the above-captioned matter and agreed, among other things to dismiss this action with prejudice, with each party to bear its own costs and attorney's fees.

Dated this 9th day of May 2022.

Respectfully submitted,


*s/Kelli Riley*
Kelli Riley, #44828
Riley Law LLC
1750 Foxtrail Drive, Unit C
Loveland, Colorado 80538
Phone: (970) 509-3732
kelli@rileylawllc.com

ATTORNEYS FOR PLAINTIFF

*s/ Christopher M. Leh*
Christopher M. Leh, #18886
Leh Law Group, LLC
8181 Arista Place, Ste. 100
Broomfield, CO 80021
Telephone: (303) 327-1415
cleh@lehlawgroup.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2022, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Kelli Riley
Tanya Fairweather
Riley Law, LLC
1750 Foxtrail Drive, Unit C
Loveland, Colorado 80538
kelli@rileylawllc.com

*s/ Tina B. Lyda*
Tina B. Lyda
Leh Law Group, LLC

4864-4295-9134, v. 1